IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UPAID SYSTEMS, LTD., <br> a British Virgin Islands corporation <br><br> Plaintiff, <br> v. <br><br> SATYAM COMPUTER SERVICES, LTD., <br> an Indian corporation, <br><br> Defendant. | § § § § § § § § § § § § | Case No. 2:07-CV-114-CE <br><br><br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING
## UNOPPSED APPLICATION FOR ISSUANCE OF A LETTER ROGATORY TO TAKE
## THE DEPOSITION OF AND GATHER DOCUMENTS FROM SRINI RAJU

This matter coming before the Court on Plaintiff Upaid Systems, Ltd.'s Unopposed Application for Issuance of a Letter Rogatory to Take the Deposition of and Gather Documents from Srini Raju, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

Upaid's Application is hereby GRANTED, and that under separate cover, a Letter Rogatory, along with all attachments, will be signed by this Court and transmitted to counsel for Plaintiff.

SIGNED this 27th day of August, 2008.

*/s/ Charles Everingham IV*
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

488757